# **Plaintiff's Exhibit 19**

CRC-3206 (07/17)

# Criminal Court Appearance Ticket

**Name** (Last, First, MI): Eric Butler
**Date of Birth** (mm/dd/yy): ██/██/1985

**Street Address:** 167 Tompkins Ave 3
**Apt. No.:**

**City:** Brooklyn
**State:** NY
**Zip Code:** 11206

**Cell Phone Number** (where court may contact you): (510) 610-6319
**Home Phone Number** (where court may contact you): ( )

**Show up to court on:**
**Court Appearance Date** (mm/dd/yy): 9/4/20   at: 9:30 a.m.

**Your court appearance location:** ☐ Other (specify) _____

- ○ Bronx Criminal Court
- ○ Kings & New York Criminal Court
- ○ Midtown Community Court
- ○ Redhook Community Justice Center
- ○ Queens Criminal Court
- ○ Richmond Criminal Court

**Court Locations:** You must appear at the court location identified above.

Bronx Criminal Court .................................................. 215 E 161st Street, Bronx, NY 10451
Kings & New York Criminal Court ........................... 1 Centre Street, New York, NY 10007
Redhook Community Justice Center .................. 88-94 Visitation Place, Brooklyn, NY 11231
Midtown Community Court ..................................... 314 W 54th Street, New York, NY 10019
Queens Criminal Court ........................... 120-55 Queens Boulevard, Kew Gardens, NY 11415
Richmond Criminal Court .................................... 26 Central Ave, Staten Island, NY 10301

## You are Charged as Follows:

**Title of Offense:**

**Time 24 Hour** (hh:mm): 14:15
**Date of Offense** (mm/dd/yy): 5/9/2020
**County:** NEW

**Place of Occurrence:** Park Row & Spruce St
**Precinct:** 001

**In Violation of Section:** 3-108
**Subsection:**
☐ VTL  ☒ Admin Code  ☐ Penal Law  ☐ Park Rules  ☐ Other

### For Additional Information and Questions:

Visit the website or call the number below for additional information about your court appearance and translation of this document.

www.mysummons.nyc

OR

Call 646-760-3010

**To avoid a warrant for your arrest, you must show up to court.**
At court, you may plead guilty or not guilty.
Please see back for exceptions for Public Consumption of Alcohol and Public Urination offenses.

**Defendant stated in my presence** (in substance): N/A

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

**Complainant's Full Name Printed:** Nicholas Biverdo
**Rank/Full Signature of Complainant:** PO [signature]
**Date Affirmed** (mm/dd/yy): 5/9/20

**Tax Registry #:** 960285
**Agency:** NYPD
**Command Code:** 001

**DEFENDANT'S COPY**

Barcode: 4442968730