UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC BUTLER *and* JACOB J. KATZBURG,

                Plaintiffs,

– *against* –

CITY OF NEW YORK *et al.*,

                Defendants.

**ORDER**

20 Civ. 4067 (ER)

Ramos, D.J.:

    The Court is in receipt of Plaintiffs' emergency motion for a temporary restraining order. Doc. 8. A telephonic hearing on the motion will be held on Thursday, June 4, 2020, at 2:00 PM. The parties may call the Court at (877) 411-9748; access code: 3029857. If Defendants wish to respond to the motion, they must do so by 6:00 PM on Wednesday, June 3, 2020.

    It is SO ORDERED.

Dated:    June 2, 2020
              New York, New York

                                                EDGARDO RAMOS, U.S.D.J.