UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC BUTLER and JACOB J. KATZBURG,

                Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

20 Civ. 4067 (ER)

EDGARDO RAMOS, United States District Judge:

    For the reasons stated on the record at the hearing on June 4, 2020, Plaintiffs' motion for a temporary restraining order is DENIED.  The parties are directed to meet and confer regarding a discovery schedule, to be submitted on consent no later than 5:00 PM Tuesday, June 9, 2020.

    It is SO ORDERED.

Dated:   June 5, 2020
            New York, New York

                                              EDGARDO RAMOS
                                            United States District Judge