UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ERIC BUTLER and JACOB J. KATZBURG,

                    Plaintiffs,

-against-

CITY OF NEW YORK; BILL DE BLASIO,
in his personal and official capacity as the Mayor of
New York City; DERMOT SHEA, in his personal
and official capacity as Police Commissioner of the
New York City Police Department; and POLICE
OFFICERS "JOHN" RODRIGUEZ (TAX: 952174),
"JOHN" VILLANUEVA (BADGE NUMBER 27398),
"JOHN" LARKENS (BADGE NUMBER 13260),
NICHOLAS T. BRUCCOLERI (TAX: 960288),
"JOHN" MEJIA, JOHN DOES 1-15, SERGEANTS
"JOHN DOE" 1-5, and CAPTAIN "JOHN DOE,"
all in their personal and official capacity,

                    Defendants.
----------------------------------------------------------X

20 **CIVIL** 4067 (ER)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 8, 2021, Defendants' motion is granted. Because amendment would be futile, Plaintiffs are denied leave to amend. See Attestor Value Master Fund v. Republic of Argentina, 940 F.3d 825, 833 (2d Cir. 2019); 421-A Tenants Assn, Inc. v. 126 Ct. St. LLC, 760 F. App'x 44, 51 (2d Cir. 2019); accordingly, the case is closed.

**Dated:** New York, New York

      September 8, 2021

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                        **BY:**

                                                  **Deputy Clerk**